WISE, Respondent, v. LAW REPORTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 9, 1915.) Action by James B. Wise against the Law Reporting Company. No opinion. Judgment and order affirmed, with costs. See, also, 155 App. Div. 943, 140 N. Y. Supp. 1150.

WITHERS v. MILLS et al. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Thomas R. Withers against John D. Mills and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 153 N. Y. Supp. 1016.

WOJCHIECHOWSKI, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1915.) Action by Theodore Wojchiechowski, an infant, etc., against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

WOLFIN v. SECURITY BANK OF NEW YORK. (Supreme Court, Appellate Division, First Department. July 9, 1915.) Action by Jacob Wolfin against the Security Bank of New York. No opinion. Application granted. Order signed.

In re WOODBINE ST. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) In the matter of the application of the City of New York relative to acquiring title, etc., opening and extending Woodbine Street, etc. No opinion. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order affirmed, with $10 costs and disbursements. See, also, 152 N. Y. Supp. 1151.

WOOLEVER, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1915.) Action by Deo Woolever, an infant, etc., against the Erie Railroad Company.

PER CURIAM. Judgment and order reversed, and judgment directed for the defendant, dismissing the complaint, with costs, including costs of this appeal. Held, that the plaintiff was guilty of contributory negligence as matter of law.

FOOTE, J., dissents.

WRIGHT, Respondent, v. CLARK et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) Action by Joseph M. Wright against Arthur B. Clark and others.

PER CURIAM. Motion denied upon condition that appellants perfect the appeal, place the case on the September calendar, and be ready for argument when reached; otherwise motion granted, with $10 costs. See, also, 164 App. Div. 962, 149 N. Y. Supp. 1119.

MILLS, J., takes no part.

WRIGHT–ROSA ENGINEERING CO., Respondent, v. I. M. LUDINGTON'S SONS, Inc., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 9, 1915.) Action by the Wright-Rosa Engineering Company against I. M. Ludington's Sons, Incorporated. No opinion. Order affirmed, with $10 costs and disbursements.

In re YOUNG'S ESTATE. (Supreme Court, Appellate Division, Second Department. July 30, 1915.) In the matter of the estate of Adeline Young, deceased. No opinion. Decree of the Surrogate's Court of Westchester County, in so far as appealed from, and order, affirmed, with costs.

YUME, Respondent, v. KNICKERBOCKER PORTLAND CEMENT CO., Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1915.) In the matter of the claim of Frank Yume, for compensation under the Workmen's Compensation Law (Consol. Laws, c. 67), against the Knickerbocker Portland Cement Company, employer, and Employers' Liability Assurance Corporation, Limited, insurance carrier. No opinion. Motion denied. See, also, 153 N. Y. Supp. 1151.